```
1  ADAM WANG (STATE BAR NUMBER 201233)
   12 SOUTH FIRST STREET, SUITE 908
2  SAN JOSE, CA 95113
   TEL: (408) 421-3403
3  FAX: (408) 351-0261

4  ATTORNEY FOR PLAINTIFF
   PATRICIA WATSEN
5

6  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (STATE BAR NO. 117213)
7  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
8  Telephone:   (415) 397-2700
   Facsimile:   (415) 397-3300
9
   Attorneys for Defendant
10 VILLA ENTERPRISE PIZZA, INC.
```

# UNITED STATE DISTRICT COURT

## FOR NORTHERN CALIFORNIA

| PATRICIA WATSEN,          | Case No. 04-02768 BZ                          |
|---------------------------|-----------------------------------------------|
| Plaintiff,                |                                               |
| vs.                       | **STIPULATION TO DISMISS &** [PROPOSED] ORDER |
| Villa Enterprise Pizza, Inc. |                                            |
| Defendant                 |                                               |

Pursuant to Fed. R. Civ. Pro. 41(a)(2), plaintiff Patricia Watsen and defendant Villa Pizza Inc., through their respective counsel, stipulate as follows:

1.  Parties have fully resolved their disputes and entered into a Settlement Agreement and Release on June 7, 2005.

2.  As such parties respectfully request that the Court dismiss this case in its entirety with prejudice. Each party is to bear its own costs and fees.

| | | |
|---|---|---|
| 1 | Dated: June 20, 2005 | By: /s/ ADAM WANG |
| 2 | | Adam Wang |
| | | Attorney for Plaintiff |
| 3 | | Patricia Watsen |

Dated: June 20, 2005    DILLINGHAM & MURPHY, LLP

CARLA J. HARTLEY

By: /s/ Carla J. Hartley
Attorneys for defendant
VILLA ENTERPRISE PIZZA, INC.

_____

**[PROPOSED] ORDER**

Pursuant to parties' stipulation, **IT IS SO ORDERED.**

Dated: June 21, 2005    By: _____
Bernard Zimmerman
United States Magistrate Judge

United States District Court
**IT IS SO ORDERED**
Magistrate Judge Bernard Zimmerman
Northern District of California

**STIPULATION TO DISMISS**
**WATSEN v. VILLA ENTERPRISE PIZZA, INC.**